IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

STEVEN J. SHAPIRO,                  :

      Plaintiff,                  :

v.                                  :          Civil Action No. MJG02CV3931

RAY T. BERRY, et al.                :

      Defendants                  :

## STIPULATION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT

Plaintiff, Steven J. Shapiro, and defendants, Ray T. Berry and Behavioral Health Care Management Systems, Inc., hereby stipulate that the deadline for the filing of defendants' answer or responsive motions in the above-captioned matters shall be enlarged from December 31, 2002 to January 17, 2003.

                                                            Respectfully submitted,

| | |
|---|---|
| JACKSON & CAMPBELL, P.C. | GAVETT AND DATT, P.C. |
| 1120 Twentieth Street, N.W. | 15850 Crabbs Branch Way |
| South Tower | Suite 180 |
| Washington, D.C. 20036-3437 | Rockville, Maryland 20855-2622 |
| (202) 457-1600 | (301) 948-1177 |

BY /s/ Vernon W. Johnson, III                BY /s/ Geoffrey S. Gavett
    Vernon W. Johnson, III                           Geoffrey S. Gavett, Trial Bar No. 1997
    **Counsel for Plaintiff**                         **Counsel for Defendants**

w/ permission

| Of Counsel to Plaintiff: | Of Counsel to Defendants: |
|---|---|
| Bruce S. Deming<br>One Courthouse Plaza<br>2200 Clarendon Boulevard<br>Suite 1102<br>Arlington, VA 22201<br>(703) 562-3379 | Robin C. Campbell<br>Adorno & Yoss, P.A.<br>350 East Las Olas Boulevard<br>Ft. Lauderdale, FL 33301<br>954-766-7809 |

SEEN AND APPROVED this _31st_ day of _December_, 2002/2003.

_____
Marvin J. Garbis, Judge
United States District Court
for the District of Maryland

F:\Data\GD\Individuals\Berry\stipulation001.wpd