IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEVEN J. SHAPIRO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. MJG-02-3931 |
| RAY T. BERRY, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* o0o \* \* \* \* \* \* \* \* \*

## SUBSTITUTION OF APPEARANCE

Please substitute the appearance of Andrew D. Levy, Brown, Goldstein & Levy, LLP, as counsel for the Defendants Ray T. Berry and Behavioral Health Care Management Systems, Inc., and strike the appearance of Geoffrey S. Gavett, Gavett & Datt, P.C., and Robin C. Campbell, Adorno & Yoss, P.A., as counsel for the Defendants Ray T. Berry and Behavioral Health Care Management Systems, Inc.

Respectfully submitted,

_____/s/_____
Andrew D. Levy (Fed. Bar No. 00861)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street
Baltimore, Maryland 21202
(410) 962-1030

Attorney for Defendants

[signatures continued next page]

/s/ (per ADL)

Geoffrey S. Gavett
GAVETT & DATT, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, Maryland 20855-2622
(301) 948-1177

/s/ (per ADL)

Robin C. Campbell
ADORNO & YOSS, P.A.
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Florida 33301
(954) 766-7809

Withdrawing Attorneys

**SUBSTITUTION APPROVED this _____ day of March, 2003:**

_____
**Marvin J. Garbis**
**United States District Judge**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of March, 2003, electronic notice of the filing of the foregoing was given to:

Vernon W. Johnson, III, Esquire
Jackson & Campbell, P.C.
1120 20th Street, N.W.
South Tower
Washington, D.C. 20036

Attorney for Plaintiff

/s/<br>Andrew D. Levy