IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| STEVEN J. SHAPIRO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. MJG-02-3931 |
| RAY T. BERRY, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* o0o \* \* \* \* \* \* \*

## NOTICE OF SERVICE OF DISCOVERY MATERIALS

**I HEREBY CERTIFY** that on this 28th day of March, 2003, Ray T. Berry's Answers to Plaintiff's First Set of Interrogatories, Behavioral Health Care Management Systems, Inc.'s Answers to Plaintiff's First Set of Interrogatories, Ray T. Berry's Response to Plaintiff's First Request for Production of Documents, and Behavioral Health Care Management Systems, Inc.'s Response to Plaintiff's First Request for Production of Documents, and this Notice of Service, were electronically transmitted to Vernon W. Johnson, III, Esquire, Jackson & Campbell, P.C., 1120 20th Street, N.W., South Tower, Washington, D.C. 20036, Counsel for Plaintiff.

Respectfully submitted,

/s/
Andrew D. Levy (Fed. Bar No. 00861)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, MD 21202-6701
(410) 962-1030

Attorney for Defendants

Dated: March 28, 2003