IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| STEVEN J. SHAPIRO, | * |
| Plaintiff, | * |
| v. | *  Civil Action No. MJG-02-3931 |
| RAY T. BERRY, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* o0o \* \* \* \* \* \* \*

## NOTICE OF SERVICE OF DISCOVERY MATERIALS

**I HEREBY CERTIFY** that on this 4th day of April, 2003, Behavioral Health Care Management Systems, Inc.'s Interrogatories to Plaintiff, and this Notice of Service, were electronically transmitted to Vernon W. Johnson, III, Esquire, Jackson & Campbell, P.C., 1120 20th Street, N.W., South Tower, Washington, D.C. 20036, Counsel for Plaintiff.

Respectfully submitted,

_____/s/_____
Andrew D. Levy (Fed. Bar No. 00861)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, MD 21202-6701
(410) 962-1030

Attorney for Defendants

Dated: April 4, 2003