UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| STEVEN J. SHAPIRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. MJG-02-3931 |
| ) | |
| RAY T. BERRY and ) | |
| BEHAVIORAL HEALTH CARE ) | |
| MANAGEMENT SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE OF PLAINTIFF'S
### MOTION TO COMPEL DISCOVERY

Plaintiff Steven J. Shapiro, by and through his undersigned counsel and pursuant to Local Rules 104.8.a, hereby provides notice that on April 21, 2003, he served a copy of his motion to compel discovery, memorandum of points and authorities with appended Exhibits "A" through "J," and proposed form of order upon defendants' counsel in this case, by first class mail, postage prepaid.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.


 /s/  *Vernon W. Johnson, III*
_____
Vernon W. Johnson, III
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437
(202) 457-1600
(202) 457-1678 (telecopier)

Counsel for Plaintiff

DC\PTP\187900v1

OF COUNSEL:
Bruce S. Deming
One Courthouse Plaza
2200 Clarendon Boulevard
Suite 1102
Arlington, Virginia 22201
(703) 562-3379
(703) 312-0415 (telecopier)

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2003, I caused a copy of the foregoing Notice of Service of Plaintiff's Motion to Compel Discovery to be electronically served upon the following:

> Andrew D. Levy, Esq.
> Brown, Goldstein & Levy, LLP
> 120 East Baltimore Street
> Suite 1700
> Baltimore, MD 21202-6701
>
> Counsel for Defendants

                    */s/  Vernon W. Johnson, III*
                    _____
                    Vernon W. Johnson, III