IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| STEVEN J. SHAPIRO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. MJG-02-3931 |
| RAY T. BERRY, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* o0o \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

**PLEASE TAKE NOTICE** that on this 25th day April, 2003 Defendants filed physical copies of the following Exhibits to their Memorandum in support of Defendants' Motion to Bifurcate Liability from Damages and Stay Damages Discovery:

Exhibit A:   Affidavit of Ray T. Berry
Exhibit B:   Plaintiff's First Interrogatories to Defendant Behavioral Health Care Management Systems, Inc.
Exhibit C:   Plaintiff's First Interrogatories to Defendant Ray T. Berry
Exhibit D:   Plaintiff's First Request for Production of Documents to Defendant Behavioral Health Care Management Systems, Inc.
Exhibit E:   Plaintiff's First Request for Production of Documents to Defendant Ray T. Berry
Exhibit F:   Subpoena *Duces Tecum* to Frank Fancisco
Exhibit G:   Subpoena *Duces Tecum* to Sysinct
Exhibit H:   Subpoena *Duces Tecum* to Neal A. McGarry

Respectfully submitted,

/s/
Andrew D. Levy (Fed. Bar No. 00861)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
(410) 962-1030

Attorney for Defendants

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 25th day of April, 2003, I caused a copy of the above referenced exhibits and this Notice of Filing, together with the Motion, Memorandum, and proposed Order to which they refer, to be hand delivered to:

Vernon W. Johnson, III, Esquire
Jackson & Campbell, P.C.
1120 20th Street, N.W.
South Tower
Washington, D.C. 20036

_____/s/_____
Andrew D. Levy