**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

STEVEN J. SHAPIRO,                              *

        Plaintiff,                          *

v.                                              *    Civil Action No. MJG-02-3931

RAY T. BERRY, *et al.*,                         *

        Defendants.                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   o0o   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF SERVICE OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

     **PLEASE TAKE NOTICE** that on this 7th day of May, 2003, a copy of Defendants'

Opposition to Plaintiff's Motion to Compel and this notice was transmitted electronically to

Vernon W. Johnson, III, Esquire, Jackson & Campbell, P.C., at "vjohnson@jackscamp.com".

                                    _____/s/_____

                                      Andrew D. Levy (Fed. Bar No.  00861)
                                      Staci J. Krupp (Fed. Bar No. 14966)
                                        BROWN, GOLDSTEIN & LEVY, LLP
                                        120 E. Baltimore Street, Suite 1700
                                        Baltimore, Maryland 21202
                                        (410) 962-1030

                                        Counsel for Defendants