IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

STEVEN J. SHAPIRO,                       :

       Plaintiff,                          :

v.                                       :       Civil Action No. MJG02CV3931

RAY T. BERRY, et al.                     :

       Defendants                          :

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

Geoffrey S. Gavett, Esquire and the firm of Gavett and Datt, P.C., respectfully move this Court for leave to withdraw from this matter as counsel of record for defendants. In support of this Motion, counsel states:

1. Defendants requested that the firm of Brown, Goldstein & Levy substitute its appearance for that of Gavett and Datt, P.C. as counsel of record for defendants. On March 19, 2003 Brown, Goldstein & Levy, LLP filed with the Court a Substitution of Appearance.

2. Since the filing of the Substitution of Appearance the firm of Brown, Goldstein & Levy, LLP has been representing the defendants' interests in the above-captioned matter.

WHEREFORE, based upon the foregoing, counsel respectfully requests this Court enter the accompanying Order permitting the withdrawal of Geoffrey S. Gavett

and the firm of Gavett and Datt, P.C. as counsel of record for defendants in the above-captioned matter.

                              Respectfully submitted,

BY_____/s/_____
                Geoffrey S. Gavett, Trial Bar No. 1997
                GAVETT AND DATT, P.C.
                15850 Crabbs Branch Way, Suite 180
                Rockville, Maryland 20855-2622
                (301) 948-1177
                **Counsel for Defendants**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was electronically transmitted on the 8th day of May, 2003 to:

Vernon W. Johnson, III, Esq.
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437

Andrew D. Levy, Esquire
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
(410) 962-1030

                              _____/s/_____
                                  Geoffrey S. Gavett

F:\Data\GD\Corporate\301.000\pleadings\motiontowithdraw.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

STEVEN J. SHAPIRO,                  :

      Plaintiff,                  :

v.                                  :    Civil Action No. MJG02CV3931

RAY T. BERRY, et al.                :

      Defendants

                :         **ORDER**

UPON CONSIDERATION OF the Motion of Geoffrey S. Gavett, Esquire and the firm of Gavett and Datt, P.C. to withdraw as counsel of record for defendants, and the [lack of] response thereto of plaintiff, it is this _____ day of _____, 2003

ORDERED, that the Court hereby grants leave to Geoffrey S. Gavett, Esquire and the firm of Gavett and Datt, P.C., to withdraw their appearance as counsel of record for defendants in the above-captioned matter; and it is further

ORDERED, that the Clerk of the Court is hereby directed to strike the appearance of Geoffrey S. Gavett, Esquire and the firm of Gavett and Datt, P.C. as counsel for the defendants.

                                          _____
                                          Judge, United States District Court for the
                                          District of Maryland

Copies to:

Geoffrey S. Gavett, Esquire
15850 Crabbs Branch Way, Suite 180
Rockville, Maryland 20855

Vernon W. Johnson, III, Esq.
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437

Andrew D. Levy, Esquire
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202