IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

STEVEN J. SHAPIRO,

    Plaintiff,

v.                                      Civil Action No. MJG02CV3931

RAY T. BERRY, et al.

    Defendants

## ORDER

UPON CONSIDERATION OF the Motion of Geoffrey S. Gavett, Esquire and the firm of Gavett and Datt, P.C. to withdraw as counsel of record for defendants, and the [lack of] response thereto of plaintiff, it is this   8th   day of   May   2003

ORDERED, that the Court hereby grants leave to Geoffrey S. Gavett, Esquire and the firm of Gavett and Datt, P.C., to withdraw their appearance as counsel of record for defendants in the above-captioned matter; and it is further

ORDERED, that the Clerk of the Court is hereby directed to strike the appearance of Geoffrey S. Gavett, Esquire and the firm of Gavett and Datt, P.C. as counsel for the defendants.

                                                  /s/
                                 Judge, United States District Court for the
                                 District of Maryland