IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| STEVEN J. SHAPIRO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. MJG-02-3931 |
| RAY T. BERRY, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* o0o \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

**PLEASE TAKE NOTICE** that on this 19th day May, 2003 Defendants filed physical copies of the following Exhibits to their Memorandum in support of Defendants and Deponent's Motion for Issuance of a Protective Order:

Exhibit 1:   Affidavit of Dr. Han
Exhibit 2:   Defendants and Deponent's Motion for Reconsideration
Exhibit 3:   Order dated April 30, 2003 by United States District Judge Marra for the Southern District of Florida

Respectfully submitted,

/s/
Andrew D. Levy (Fed. Bar No. 00861)
Staci J. Krupp (Fed. Bar No. 14996)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
(410) 962-1030

Attorney for Defendants

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 19th day of May, 2003, I caused a copy of the above referenced exhibits and this Notice of Filing, together with the Motion, Memorandum, and proposed Order to which they refer, to be hand delivered to:

Vernon W. Johnson, III, Esquire
Jackson & Campbell, P.C.
1120 20th Street, N.W.
South Tower
Washington, D.C. 20036

/s/
Andrew D. Levy