UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| STEVEN J. SHAPIRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. MJG-02-3931 |
| ) | |
| RAY T. BERRY and ) | |
| BEHAVIORAL HEALTH CARE ) | |
| MANAGEMENT SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE OF REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff Steven J. Shapiro, by and through his undersigned counsel and pursuant to Local Rules 104.8.a, hereby provides notice that on May 19, 2003, he served a copy of his reply to defendants' opposition to plaintiff's motion to compel discovery, memorandum of points and authorities with appended Exhibits "K" through "L" upon defendants' counsel in this case, by first class mail, postage prepaid.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.


 /s/ Vernon W. Johnson, III
_____
Vernon W. Johnson, III
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437
(202) 457-1600
(202) 457-1678 (telecopier)

Counsel for Plaintiff

DC\PTP\187900v2

- 2 -

OF COUNSEL:
Bruce S. Deming
One Courthouse Plaza
2200 Clarendon Boulevard
Suite 1102
Arlington, Virginia 22201
(703) 562-3379
(703) 312-0415 (telecopier)

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, I caused a copy of the foregoing Notice of Service of Reply to Defendants' Opposition to Plaintiff's Motion to Compel Discovery to be electronically served upon the following:

>   Andrew D. Levy, Esq.
>   Brown, Goldstein & Levy, LLP
>   120 East Baltimore Street
>   Suite 1700
>   Baltimore, MD 21202-6701
>
>   Counsel for Defendants

/s/ Vernon W. Johnson, III
_____
Vernon W. Johnson, III