**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| STEVEN J. SHAPIRO, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. MJG-02-3931 |
| RAY T. BERRY, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* o0o \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF FILING OF LENGTHY EXHIBITS</u>**

**PLEASE TAKE NOTICE** that on this 28th day May, 2003 Defendants filed physical copies of the following Exhibits to their Reply Memorandum in support of Motion to Bifurcate Liability: from Discovery and Stay Damages Discovery.

BHCMS' Answer to Plaintiff's Interrogatory No. 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit A

SAMHSA Guidance for Applicants, GFA No. SM00-011, issued July, 2000 . . . . . . . . Exhibit B

March 7, 2001, e-mail from plaintiff to Pat Shea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit C

October 11, 2000 e-mail from Pat Shea to plaintiff . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit D

Plaintiff's Answer to BHCMS Interrogatory No. 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit E

Request for Approval of Outside Activity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit F

March 24, 2003 e-mail from plaintiff to Bill Gualtieri, SAMHSA
    Human Resources Division, and March 25, 2003 response . . . . . . . . . . . . . . . . Exhibit G

Respectfully submitted,

/s/
Andrew D. Levy (Fed. Bar No. 00861)
Staci J. Krupp (Fed. Bar No. 14996)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
(410) 962-1030

Attorney for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of May, 2003, I caused a copy of the above referenced exhibits and this Notice of Filing, together with the Memorandum to which they refer, to be hand-delivered to:

Vernon W. Johnson, III, Esquire
Jackson & Campbell, P.C.
1120 20th Street, N.W.
South Tower
Washington, D.C. 20036

/s/
Andrew D. Levy