

Brown, Goldstein & Levy, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
(410) 962-1030
(410) 385-0869 (fax)
www.browngold.com

Andrew D. Levy
adl@browngold.com

Also a member of the District of Columbia Bar

July 1, 2003

**BY ELECTRONIC DELIVERY**
The Honorable Marvin J. Garbis
United States District Judge
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    <u>Shapiro v. Berry</u>, Civil Action No. MJG-02-3931

Dear Judge Garbis:

    On June 6, 2003 pursuant to Local Rule 111.1 this Court entered an Order of Dismissal Due to Settlement without prejudice to the right of either party to move to reopen within 30 days (July 7, 2003) for good cause shown.

    The parties are diligently continuing their efforts to consummate the settlement of this matter, but will be unable to do so prior to the 7th of July.

    Accordingly, the parties <u>jointly</u> request that the Court extend the date for moving to reopen an additional 30 days, that is, through and including August 6, 2003.

    The Court's consideration of this matter is appreciated.

                                                                Respectfully,

                                                               Andrew D. Levy

ADL/
cc:    Vernon W. Johnson, III, Esquire (electronically)