UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| STEVEN J. SHAPIRO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. MJG-02-3931 |
| | ) |
| RAY T. BERRY and | ) |
| BEHAVIORAL HEALTH CARE | ) |
| MANAGEMENT SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION

The parties to this action, by and through their undersigned counsel, hereby confirm that the settlement of this case was completed and that this matter stands as dismissed, with prejudice, pursuant to this Court's Order dated June 6, 2003.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.                    BROWN, GOLDSTEIN & LEVY, LLP

*/s/ Vernon W. Johnson, III*                */s/ Andrew D. Levy*
_____             _____
Vernon W. Johnson, III                      Andrew D. Levy
Jackson & Campbell, P.C.                    Brown, Goldstein & Levy, LLP
1120 Twentieth Street, N.W.                 120 East Baltimore Street
South Tower                                 Suite 1700
Washington, D.C. 20036-3437                 Baltimore, MD 21202-6701
(202) 457-1600                              (410) 962-1030
(202) 457-1678 (telecopier)                 (410) 385-0869

Counsel for Plaintiff                       Counsel for Defendants

DC\TPTP\203331v1